IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Heather Jo Claypole | : | |
| | : | Case No. 15-22929 JAD |
| Debtor(s) | : | |
| ============================== | : | Related to Doc No. 59 |
| Scott R. Lowden, Esq., | : | |
| Applicant, | : | |
| v. | : | Hrg: 2/5/2020 at 11:00 AM |
| No Respondent | : | |
| Respondent | : | |

**CERTIFICATION OF NO RESPONSE REGARDING APPLICATION FOR PROFESSIONAL FEES**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *Application* filed on  January 7, 2020  has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the *Summary Cover Sheet and Notice of Hearing*, responses to the Application were to be filed and served no later than  January 24, 2020 .

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated:   January 27, 2020

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
Nicotero & Lowden, PC
3948 Monroeville Blvd., Ste. 2
Monroeville, PA 15146
(412) 374-7161
niclowlgl@comcast.net
PA. ID 72116