**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>HEATHER JO CLAYPOLE<br><br>　　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　　　　Movant<br>　　vs.<br>HEATHER JO CLAYPOLE<br><br>　　　　Respondents | Case No. 15-22929JAD<br><br>Chapter 13<br><br>Document No. 65<br><br>FILED<br>8/24/20 11:03 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this  24th  day of  August , 2020, it is hereby ORDERED, ADJUDGED, and DECREED that,

Fedex Corporate Services Inc
Attn: U. S. Payroll Dept
Garnishments
30 Fedex Pwky 2Nd Fl H
Collierville, TN 38017

is hereby ordered to immediately terminate the attachment of the wages of HEATHER JO CLAYPOLE, social security number XXX-XX-1725. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of HEATHER JO CLAYPOLE.

FURTHER ORDERED:  n/a

BY THE COURT:

_____
jsf
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
　　Debtor(s) Attorney
　　Debtor(s) Employer

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 15-22929-JAD
Heather Jo Claypole                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam         Page 1 of 1         Date Rcvd: Aug 24, 2020
                          Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2020.
db             +Heather Jo Claypole,    1990 Brodhead Road,    Aliquippa, PA 15001-4958

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2020 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC andygornall@latouflawfirm.com
      James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
      Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com, kevin.shatley@padgettlawgroup.com
      Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
      Scott R. Lowden    on behalf of Debtor Heather Jo Claypole niclowlgl@comcast.net
                                                                                                                                                  TOTAL: 9